NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRELL BOYE, KIRK SNYDER, LARRY ETSITTY, JR., SARAH HABAADIH, JONES R. BEGAY, JOHNNY PESHLAKIA, RONALD PLATERIO, REX BUTLER, TRYONE BENALLY, CHALENE BAHE, KENNY JAMES, ROSALYN BENALLY, LEROY BUTLER, LUCY LANE, DALE DENNISON, RANDELL TOMASYO, MARJORIE HENDERSON, PATRICIA YELLOWHAIR, CLINTON CURTIS, HENRY K. MOORE, IRENE SIX, THOMAS ESITTY, GENEVIEVE MORGAN, DARRELL HARVEY,** AND **LELAND TOM,**
*Plaintiff-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5043

---

Appeal from the United States Court of Federal Claims in Case No. 07-CV-195, Judge Margaret M. Sweeney.

---

**JUDGMENT**

---

TAMRA FACCIOLA, Law Office of Edward D. Fitzhugh, of Tempe, Arizona, argued for plaintiffs-appellants. Of counsel was EDWARD D. FITZHUGH, Eckert & Facciola, of Tempe, Arizona.

CHRISTOPHER A. BOWEN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney Director, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 24, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |